CENTER AUTOMOTIVE, INC. *v.* COMMISSIONER OF
MOTOR VEHICLES
(AC 18711)

Schaller, Spear and Mihalakos, Js.

Submitted on briefs September 15—officially released November 2, 1999

Per Curiam. The judgment is affirmed.

JOSEPH MARSHALL *v.* UNITED TECHNOLOGIES
CORPORATION/PRATT AND WHITNEY
AIRCRAFT DIVISION ET AL.
(AC 18811)

Landau, Schaller and Hennessy, Js.

Submitted on briefs September 15—officially released November 2, 1999

Per Curiam. The decision of the workers' compensation review board is affirmed.

JOSE HERNANDEZ, ADMINISTRATOR (ESTATE OF
EFREN TORRES) *v.* ERNEST NEWTON
(AC 18873)

Foti, Lavery and Vertefeuille, Js.

Submitted on briefs September 15—officially released November 2, 1999

Per Curiam. The judgment is affirmed.